IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE STRINGFELLOW,

      Plaintiff,                      No. CIV S-10-2988 GEB GGH P

    vs.

JOHN McGINNESS, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Craig M. Kellison to conduct a settlement conference at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2 on October 27, 2011 at 9:00 a.m.

        A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. This case is set for a settlement conference before Magistrate Judge Craig M. Kellison on October 27, 2011, at 9:00 a.m. at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #2.

////

2. Defendants' lead counsel and a person with authority to negotiate and enter into a binding settlement on defendants' behalf shall attend in person.

3. Those in attendance must be prepared to discuss the claims, defenses and damages.  The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions.  In addition, the conference will not proceed and will be reset to another date.

DATED: September 14, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

stri2988.med