IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE STRINGFELLOW,

      Plaintiff,                No. CIV S-10-2988 GEB GGH P

    vs.

JOHN McGINNESS, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On August 10, 2011, the undersigned issued a discovery and scheduling order with respect to several defendants that had answered the complaint. On September 19, 2011, defendant Total Renal Care, incorrectly identified as Davita Dialysis, answered the complaint

        Therefore the August 10, 2011 order, shall be applied to Total Renal Care, except that:

        The parties may conduct discovery until January 16, 2012. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date.

////

////

1

1  All pretrial motions, except motions to compel discovery, shall be filed on or
2  before April 13, 2012. Motions shall be briefed in accordance with paragraph 7 of this
3  court's order filed May 3, 2011.
4  IT IS SO ORDERED.
5  DATED: September 21, 2011
6  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE
7
GGH: AB
8  stri2988.ord