IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE STRINGFELLOW,

    Plaintiff,                            No. CIV S-10-2988 GEB GGH P

    vs.

JOHN McGINNESS, et al.,

    Defendants.                   <u>ORDER</u>

/

        On September 15, 2011, the court issued an order for settlement conference and for a writ of habeas corpus for plaintiff to be transported for the conference.  In light of plaintiff's September 30, 2011, motion and his medical difficulties, the writ of habeas corpus to have plaintiff transported is vacated and the court will explore other means to continue the settlement conference.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 36) is granted in that, the Order and Writ of Habeas Corpus Ad Testificandum issued on September 15, 2011, (Doc. 32), is vacated.  The Clerk of the Court shall serve of a copy of this order on the Custodian and the Out to Court Desk.

DATED: October 13, 2011

                                  /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH: AB
stri2988.ord2