IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT LEE STRINGFELLOW,

    Plaintiff,                      No. CIV S-10-2988 GEB GGH P

    vs.

JOHN McGINNESS, et al.,

    Defendants.             ORDER

_____/

        The settlement conference previously scheduled to occur at the U.S. District Court on October 27, 2011, will be moved to the California Medical Facility but will still occur on October 27, 2011.  All other aspects of the court's prior order (Doc. 31) shall remain the same. Newly served defendant, Total Renal Care, Inc's. motion to have its representative appear by telephone (Doc. 38) is granted.  Total Renal Care shall contact Sujean Park, at 916-930-4278, or via email at spark@caed.uscourts.gov, with any questions.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The settlement conference previously scheduled to occur at the U.S. District Court on October 27, 2011, will be moved to the California Medical Facility but will still occur on October 27, 2011;

\\\\

1

2. Total Renal Care, Inc's. motion to have its representative appear by telephone (Doc. 38) is granted.

DATED: October 17, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
stri2988.ord3